No. 4205.—Lloveras Soler, apdo., v. Rodríguez, aplte.— C. D. San Juan. Desahucio. Mayo 18, 1927. Habiendo la corte inferior reconsiderado su orden declarando sin lugar una moción para prórroga del tiempo para radicar una exposición del caso y pliego de excepciones y concedido un nuevo término con tal objeto; y apareciendo que la dicha exposición y pliego han sido radicados ya en la Secretaría de la corte de distrito y señalado día para la vista y aprobación por el juez sentenciador, no ha lugar a la desestimación solicitada.

No. 3129.—El Pueblo, apdo., *v.* Pillot, aplte.—C. D. Guayama. Portar armas. Mayo 19, 1927. Habiendo el acusado apelado de una sentencia que le impuso la pena de cuatro meses de cárcel por portar una pistola y señalado como único error en su alegato que la pena es excesiva, y apareciendo que se practicó prueba en la corte inferior, sin que se haya elevado la transcripción de la evidencia o una exposición del caso, por lo que carecemos de base para considerar el error alegado, se declaró sin lugar el recurso y se confirmó la sentencia apelada.